IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLES BOYD, III, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION<br>) FILE NO.: |
| STANLEY SECURITY SOLUTIONS INC., and JOHN DOES Nos. 1-10, | ) NOTICE OF REMOVAL |
| Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW, Defendant Stanley Security Solutions, Inc., ("SSS"), improperly designated in the caption as "Stanley Security Solutions Inc." specifically denying that it is the proper Stanley entity, and pursuant to 28 U.S.C. § 1441, *et seq.*, hereby removes the above-captioned case from the State Court of Chatham County, Georgia.

1. Plaintiff filed this action in the State Court of Chatham County, Georgia, designated there as Civil Action File No. STCV22-00244, and which is in the Savannah Division of this Court.

2. This Defendant was served on February 17, 2022. This notice is thus timely.

3. Plaintiff is a resident of the State of Georgia. For purposes of diversity, Plaintiff is a citizen of the State of Georgia and is domiciled in Georgia, both on the date of the filing of this action and on the date of the filing of this Notice of Removal.

4. SSS is incorporated under the laws of the State of Indiana, and has its principal place of business in the State of Indiana. For purposes of diversity of citizenship, SSS was a citizen of the State of Indiana both on the date of the filing of this action and on the date of the filing of this Notice of Removal.

1

5. Upon information and belief, based upon the allegations of the Complaint, the proper Stanley entity to be named in this action is Stanley Convergent Security Solutions, Inc., ("SCSS"). SCSS is incorporated under the laws of the State of Delaware, and has its principal place of business in the State of Indiana. For purposes of diversity of citizenship, SCSS was a citizen of the State of Delaware or the State of Indiana both on the date of the filing of this action and on the date of the filing of this Notice of Removal.

6. Regardless of whether the properly named Stanley entity is SSS or SCSS, this action is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff alleges he was electrocuted and badly injured, and, upon information and belief, is still treating with various medical providers. Plaintiff consents that the amount in controversy exceeds the sum of $75,000.00.

7. Jurisdiction exists in this Court because of diversity of citizenship, which existed both at the time of the filing of this action and at the time of the filing of this Notice of Removal. 28 U.S.C. § 1332.

8. This action may be removed to this Court by SSS pursuant to the provisions of 28 U.S.C. § 1441.

9. Plaintiff consents to the removal of this action to this Court.

10. SCSS consents to the removal of this action, as set forth in Exhibit "B."

11. Promptly after the filing of this Notice of Removal, SSS shall give written notice thereof to Plaintiff and shall file a copy of this Notice of Removal with the Clerk of the State Court of Chatham County, Georgia, as provided by 28 U.S.C. § 1446(d).

12. A copy of all process, pleadings and orders served upon SSS in the State Court action are attached hereto as Exhibit "A."

This 21st day of March, 2022.

                                              /s/ *James E. Singer*
                                              James E. Singer
                                              Georgia Bar No. 649028
                                              *Attorney for Defendant*

**BOVIS KYLE BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
Telephone:  (404) 391-9100
Facsimile:   (770) 668-0878
jes@boviskyle.com

3

## CERTIFICATE OF SERVICE

This is to certify that I have this date served filed the foregoing ***Defendant Stanley Security Solutions, Inc.'s Notice of Filing Notice of Removal*** upon all counsel of record by placing a true and correct copy of same in the United States Mail with adequate postage affixed addressed and electronically via CM/ECF as follows:

James E. Kurhajian, Esq.
The Dozier Law Firm, LLC
401 Mall Blvd., Suite 103e
Savannah, Georgia 31406
james@dozierlaw.com

This 21st day of March, 2022.

                                                          /s/  *James E. Singer*
                                                          James E. Singer
                                                          Georgia Bar No. 649028
                                                          Eric Connelly
                                                          Georgia Bar No. 925182
                                                          *Attorneys for Defendant*

**BOVIS KYLE BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
Telephone:   (404) 391-9100
Facsimile:     (770) 668-0878
jes@boviskyle.com