# EXHIBIT A



Registered Agent Solutions, Inc.
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-02-17

Holly Burton
**Stanley Security Solutions, Inc.**
c/o Stanley Security
8350 Sunlight Drive
Fishers, IN 46037 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE:   Stanley Security Solutions, Inc.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: THE DOZIER LAW FIRM, LLC

### SERVICE INFORMATION

| | |
|---|---|
| Service Date: | 2022-02-17 |
| Service Time: | 1:03 PM EST |
| Service Method: | Process Server |

### RASi REFERENCE INFORMATION

| | |
|---|---|
| Service No.: | 0202026 |
| RASi Office: | Georgia |
| Rec. Int. Id.: | AXS |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | STCV22-00244 |
| File Date: | 02/10/2022 |
| Jurisdiction: | CHATHAM COUNTY STATE COURT, GEORGIA |
| Case Title: | CHARLES BOYD, III V. STANLEY SECURITY SOLUTIONS, INC., ET AL. |

### ANSWER / APPEARANCE INFORMATION

30 days           *(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

| | |
|---|---|
| Firm/Issuing Agent: | THE DOZIER LAW FIRM, LLC |
| Attorney/Contact: | JAMES E. KURHAJIAN |
| Location: | Georgia |
| Telephone No.: | 912-239-4395 |

### DOCUMENT(S) RECEIVED & ATTACHED

Complaint
Summons
OtherDetail: CASE FILING INFORMATION FORM

### ADDITIONAL NOTES

Questions or Comments... Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM

*Brian K. Hart* -Clerk of Court



# In The State Court of Chatham County

133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org • Phone (912) 652-7224 • FAX (912) 652-7229 • clerk@statecourt.org

| Charles Boyd, III | STCV22-00244 |
|---|---|
| Plaintiff | Case Number |

Vs

| Stanley Security Solutions, Inc | Address of Defendant: 900 Old Roswell Lake Parkway, Ste 310 Roswell GA 30076 |
|---|---|
| Defendant | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Stanley Security Solutions, Inc c/o Registered Agent Solutions, Inc

Defendant's Address 900 Old Roswell Lake Pkwy, Ste 310 Roswell GA 30076

You are hereby summoned and required to efile (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

James E. Kurhajian  401 Mall Blvd, Ste 103E Savannah GA 31406

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Moneisha Green

Deputy Clerk, State Court of Chatham County

Not valid until signed and sealed by a Deputy Court Clerk

PRINT

27. Summons 03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM

*Brian K. Hart* -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **Chatham** County

**For Clerk Use Only**

Date Filed **2/10/2022**
MM-DD-YYYY

Case Number **STCV22-00244**

**Plaintiff(s)**
Boyd        Charles     III
Last        First       Middle I.    Suffix    Prefix

**Defendant(s)**
Stanley Security Solutions, Inc
Last        First       Middle I.    Suffix    Prefix

John Does Nos 1-10
Last        First       Middle I.    Suffix    Prefix

**Plaintiff's Attorney** James E. Kurhajian    **Bar Number** 917396    Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
Case Number                   Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM -Clerk of Court

# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CHARLES BOYD, III, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY SECURITY SOLUTIONS INC. )<br>and JOHN DOES Nos. 1-10 )<br>)<br>    Defendants. ) | STCV22-00244<br>Civil Action No._____ |

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above styled action, by and through his undersigned attorney of record, and hereby files this Complaint for Damages, respectfully showing this Honorable Court the Following:

### PARTIES & JURISDICTION

1.

The Defendant STANLEY SECURITY SOLUTIONS, INC. (hereinafter "STANLEY") is a foreign corporation who maintains a registered agent in Fulton County, Georgia, subjecting it to the venue and jurisdiction of this Court.

2.

The Defendant JOHN DOES Nos. 1-10, at all times relevant to this Complaint for Damages, was and is an employee and/or agent of the Defendant STANLEY, subjecting him or her to the jurisdiction and venue of this Court as a joint tort-feasor.

1

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM          *Brian K. Hart*-Clerk of Court

## GENERAL FACTS COMMON TO ALL COUNTS

3.

At all times relevant to this Complaint for Damages, Defendants JOHN DOES Nos. 1-10 were acting within the scope of their employment with Defendant STANLEY.

4.

At all times relevant to this Complaint for Damages, the Defendant STANLEY owned, manufactured, repaired, and/or maintained and upkept, an electrified perimeter security fence located at 301 International Trade Parkway, in Port Wentworth, Chatham County, Georgia (hereinafter "subject premises").

5.

At or about 10:30 PM on the evening of August 21, 2020, the Plaintiff was completing his shift at Averitt Express, a freight and logistics company located at the subject premises.

6.

As the Plaintiff was getting ready to leave the subject premises, he was securing the locking mechanism on the fence, when due to the negligence of the Defendants the fence suddenly and without warning electrocuted and badly injured him.

7.

The Defendant JOHN DOES Nos. 1-10, an employee and/or agent of the Defendant STANLEY, was negligent, as pled in ¶6, by failing to provide sufficient warning of the subject dangerous fence, by failing to remove the dangerous instrumentality, by negligently maintaining the fence, and by failing to use ordinary care in preventing hazardous conditions that could result in an electrical shock.

2

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM           *Brian K. Hart* -Clerk of Court

8.

The Defendant STANELY was negligent, as pled in ¶6, by failing to provide sufficient warning of the subject dangerous fence, by failing to remove the dangerous instrumentality, by negligently maintaining the fence, by failing to use ordinary care in preventing hazardous conditions that could result in an electrical shock, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

### DAMAGES TO PLAINTIFF

9.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was injured, incurring medical expenses in excess of $27,770.00, as well as lost wages in excess of $1.00.

10.

In addition to ¶9, the Plaintiff has endured and will continue to endure pain and suffering.

### CAUSES OF ACTION

11.

The Plaintiff has a cause of action against the Defendant STANELY for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

12.

The Plaintiff has a cause of action against the Defendants JOHN DOES Nos. 1-10 for negligence and all other applicable theories of liability.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 2/10/2022 10:52 AM                    *Brian K. Hart* -Clerk of Court

13.

The Plaintiff is entitled to recover from the Defendants for his past and future medical expenses, lost wages, past and future pain and suffering, and all other Damagers as permitted by Law.

WHEREFORE, Plaintiff prays that he have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

This _10th_ Day of _February_, 2021.

_____
James E. Kurhajian
GA Bar No. 917396
David Dozier
GA Bar No. 228898
Attorneys for the Plaintiff Charles Boyd, III

THE DOZIER LAW FIRM, LLC
401 Mall Blvd. Suite 103e
Savannah, Georgia 31406
P. (912) 239-4395
F. (912) 239-4401
james@dozierlaw.com

4